# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANISH KAPOOR, | |
| Plaintiff, | |
| v. | No. 1:18-cv-04252 |
| | Judge John Z. Lee |
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | Magistrate Judge Daniel G. Martin |
| Defendant. | |

## DEFENDANT'S MOTION TO TRANSFER

Defendant National Rifle Association of America ("NRA"), by and through its counsel, hereby moves to transfer this case to the U.S. Eastern District of Virginia because this case has no jurisdictional ties to the state of Illinois or the U.S. Northern District of Illinois. First, the Court should transfer this case to the U.S. Eastern District of Virginia pursuant to 28 U.S.C. § 1631 because plaintiff Anish Kapoor has failed to plead personal jurisdiction. Additionally, the case should be transferred under 28 U.S.C. § 1406 because venue is improper. And the Court should transfer this case pursuant to 28 U.S.C. § 1404 in the interests of justice and for the convenience of the witnesses and parties.

WHEREFORE, for the foregoing reasons, as set forth more fully in the accompanying memorandum of law, the Court should transfer this case to the U.S. Eastern District of Virginia.

## NOTICE OF MEET AND CONFER

Pursuant to the Court's Case Procedures, the NRA's counsel met and conferred with opposing counsel regarding the relief sought in this Motion. Plaintiff's counsel indicated that Plaintiff objects to this motion.

Respectfully submitted,

NATIONAL RIFLE ASSOCIATION OF AMERICA

By:   /s/ Blaine C. Kimrey
       One of its attorneys

Blaine C. Kimrey
Bryan K. Clark
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T: +1 312 609 7500

Dated: August 15, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2018, a copy of the foregoing was electronically filed in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

*/s/ Blaine C. Kimrey*