EXHIBIT A

File Number     6825-856-1



## To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that

NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED IN NEW YORK AND LICENSED TO CONDUCT AFFAIRS IN THIS STATE ON FEBRUARY 28, 2012, APPEARS TO HAVE COMPLIED WITH ALL THE PROVISIONS OF THE GENERAL NOT FOR PROFIT CORPORATION ACT OF THIS STATE, AND AS OF THIS DATE, IS A FOREIGN CORPORATION IN GOOD STANDING AND AUTHORIZED TO CONDUCT AFFAIRS IN THE STATE OF ILLINOIS.



*In Testimony Whereof,* I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this   10TH   day of   SEPTEMBER   A.D.   2018 .

*Jesse White*

SECRETARY OF STATE

Authentication #: 1825303246 verifiable until 09/10/2019
Authenticate at: http://www.cyberdriveillinois.com

# EXHIBIT B



## CORPORATION FILE DETAIL REPORT

| File Number | 68258561 | | |
|---|---|---|---|
| Entity Name | NATIONAL RIFLE ASSOCIATION OF AMERICA | | |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | NOT-FOR-PROFIT |
| Qualification Date (Foreign) | 02/28/2012 | State | NEW YORK |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 02/28/2012 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | President Name & Address | |
| Agent City | SPRINGFIELD | Secretary Name & Address | |
| Agent Zip | 62703 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 02/01/2018 | For Year | 2018 |

Return to the Search Screen

Purchase Certificate of Good Standing

(One Certificate per Transaction)

**OTHER SERVICES**

File Annual Report

Adopting Assumed Name

# EXHIBIT C



NRA PROGRAMS

POLITICS & LEGISLATION

JOIN/RENEW

CONTRIBUTE

Home › Field Representatives

# NRA Field Representatives

**Field Representatives**
› Field Representatives

**DIRECTOR OF FIELD STAFF**



**Philip Gray**
PGray@nrahq.org

**EASTERN REGIONAL DIRECTOR**



**Bryan Hoover**
BHoover@nrahq.org

**AREA 1: MAINE, VERMONT, AND NEW HAMPSHIRE**



**Brian Smith**
BSmith@nrahq.org

**AREA 2: NEW YORK**



**Bruce McGowan**
BMcGowan@nrahq.org

**AREA 3: LOWER NEW YORK, MASSACHUSETTS, RHODE ISLAND, CONNECTICUT, AND NEW JERSEY**



**Craig Decker**
CDecker@nrahq.org

**AREA 4: DELAWARE AND EASTERN PENNSYLVANIA**



**Kory Enck**
*Senior Field Representative*
KEnck@nrahq.org

**AREA 5: WESTERN PENNSYLVANIA**



**C. Thomas Baldrige**
*Senior Field Representative*
TBaldrige@nrahq.org

**AREA 7: WESTERN VIRGINIA, WESTERN MARYLAND, AND WEST VIRGINIA**


**James R. Kilgore**
*Senior Field Representative*
JKilgore@nrahq.org

**AREA 12: SOUTHERN OHIO**


**David Graham**
DGraham@nrahq.org

**AREA 45: EASTERN VIRGINIA, EASTERN MARYLAND, AND WASHINGTON DC**


**David Wells**
*Senior Field Representative*
DWells@nrahq.org

**AREA 49: NORTHERN OHIO**


**Marc Peugeot**
MPeugeot@nrahq.org

**CENTRAL REGIONAL DIRECTOR**


**Chad Franklin**
CFranklin@nrahq.org

**AREA 13: NORTHERN MISSOURI**


**Travis Scott**
*Senior Field Representative*
TScott@nrahq.org

**AREA 14: INDIANA**


**Craig Haggard**
*Senior Field Representative*
CHaggard@nrahq.org

**AREA 15: KENTUCKY**


**John LaRowe**
*Senior Field Representative*
JLaRowe@nrahq.org

**AREA 17: WISCONSIN**


**Scott Taetsch**
*Senior Field Representative*
STaetsch@nrahq.org

**AREA 18: NORTHERN ILLINOIS**


**Michael F. Huber**
*Senior Field Representative*
MHuber@nrahq.org

**AREA 19: SOUTHERN MISSOURI**



**Timothy Besancenez**
TBesancenez@nrahq.org

**AREA 23: IOWA AND NEBRASKA**



**Tim Bacon**
*Senior Field Representative*
TBacon@nrahq.org

**AREA 51: MICHIGAN**



**Allan Herman**
*Senior Field Representative*
AHerman@nrahq.org

**AREA 52: SOUTHERN ILLINOIS**



**Donald Higgs**
Senior Field Representative
DHiggs@nrahq.org

**SOUTHERN REGIONAL DIRECTOR**



**Alfred L. "Al" Hammond III**
AHammond@nrahq.org

**AREA 8: EASTERN NORTH CAROLINA**



**Garland B. Storey III**
GStorey@nrahq.org

**AREA 9: SOUTH CAROLINA**



**Freeman Coleman**
FColeman@nrahq.org

**AREA 10: GEORGIA**



**Neely Raper**
NRaper@nrahq.org

**AREA 11: NORTHERN FLORIDA**



**Bret Eldridge**
PEldridge@nrahq.org

**AREA 16: LOUISIANA**

# EXHIBIT D

File Number      1265-100-7



## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ILLINOIS STATE RIFLE ASSOCIATION, A DOMESTIC CORPORATION, INCORPORATED UNDER THE LAWS OF THIS STATE ON NOVEMBER 08, 1913, APPEARS TO HAVE COMPLIED WITH ALL THE PROVISIONS OF THE GENERAL NOT FOR PROFIT CORPORATION ACT OF THIS STATE, AND AS OF THIS DATE, IS IN GOOD STANDING AS A DOMESTIC CORPORATION IN THE STATE OF ILLINOIS.



***In Testimony Whereof,*** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this*   11TH   *day of*   SEPTEMBER   *A.D.*   2018   .

*Jesse White*

SECRETARY OF STATE

Authentication #: 1825402792 verifiable until 09/11/2019
Authenticate at: http://www.cyberdriveillinois.com

# EXHIBIT E



## JOIN NRA TODAY!

CHOOSE YOUR FREE GIFT

### 1. CHOOSE YOUR MEMBERSHIP TERM

| 1 YEAR | 2 YEARS |
|---|---|
| **$40** | **$75** |

| 3 YEARS | **BEST VALUE!**<br>5 YEARS |
|---|---|
| **$100** | **$140** |

Ready to make the ultimate NRA commitment?
Find out more about NRA Lifetime Membership!

CONTINUE ≫ ≫

### 2. CHOOSE YOUR FREE THANK YOU GIFT

### 3. CHOOSE A MAGAZINE SUBSCRIPTION

### 4. ENTER YOUR INFORMATION

### 5. ENTER YOUR PAYMENT INFORMATION

Contributions, gifts or membership dues made or paid to the National Rifle Association of America are not refundable or transferable and are not deductible as charitable contributions for Federal income tax purposes. $3.75 of the membership





# EXHIBIT F



| Home | Find Your State Association | Outstanding State Association Award | More |

+ Share Page

# NRA STATE ASSOCIATIONS

State Associations serve a critical role as the state-level delivery system for NRA programs and legislative information. The NRA depends on State Associations to promote firearms and the Second Amendment within their states and motivate NRA-affiliated clubs and grassroots volunteers to activate their programs in their local communities.



### Independent

Official State Associations operate separately from the NRA but are affiliated with and recognized by the organization.



### Vital

Success at the state level depends on building a strong, growing cadre of dedicated members.



### Essential

State Associations play a critical role by functioning as the state-level delivery instrument for NRA programs.

## Our Success Depends On You

Official NRA State Associations are crucial partners in our mutual success. Your membership in your official NRA State Association is essential to all we do and to the future of all we will accomplish.



### Find Your State Association

Consult this directory to find out more information about your official NRA State Association and how to contact them. Support your State Association by joining them today!



### Outstanding State Association Award

One of the categories recognized in the Annual NRA Club Awards Program is Excellence in Official State Associations. Visit this site for directions on how to apply.

## State Association Grants

Official NRA State Associations are eligible to apply for funding from the National Rifle Association through the State Association Grant Program. This program is specifically designed to support such projects as purchasing office equipment, paying for staff, printing a newsletter, building/enhancing a website and other expenses.



### Apply For A Grant

Don't miss this great opportunity to enhance the shooting sports in your state! The deadline for consideration for this grant is August 1 annually. The Clubs & Associations NRA Board committee reviews all applications at the September meeting each year. Online applications are now being accepted. Please complete your application today.

To submit prior year final grant reports, click here .

**APPLY NOW**

## Want To Know More

For more information about this program, please call us at (800) 672-2582 or email clubs@nrahq.org.




**NRA STATE ASSOCIATIONS**
Representing all 50 states, these independent organizations are affiliated with and recognized by the National Rifle Association.

**EXPLORE**
Find Your State Association
Apply For A Grant
Outstanding State Association Award

**FOLLOW US**

©2018 National Rifle Association of America, General Operations. This may not be reproduced for commercial purposes.   Privacy Policy

# EXHIBIT G





Freedom's Safest Place | Violence of Lies

4,052,917 views

👍 4.1K   👎 5.5K   ➡ SHARE

**NRA**
Published on Jun 30, 2017

Join Here: https://membership.nra.org/Join/Annua...

Dana Loesch says the left uses their media to assassinate real news, and their entertainers to

SHOW MORE

3,040 Comments    SORT BY

SUBSCRIBE 163K